**AMBER A. BAYLOR**
California State Bar No. 248196
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Email: Amber_Baylor@fd.org

Attorneys for Mr. Garcia-Lopez

UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE BARBARA L. MAJOR)**

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                             )<br>              Plaintiff,                            )<br>                                                             )<br>v.                                                          )<br>                                                             )<br>GUILLERMO GARCIA-LOPEZ,    )<br>                                                             )<br>              Defendant.                       )<br>_____ ) | Case No. 07MJ2877-BLM<br><br><br>**NOTICE OF APPEARANCE** |

      Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Amber A. Baylor, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                 Respectfully submitted,

Dated: December 17, 2007                                  s/ *Amber Baylor*
                                                 **AMBER BAYLOR**
                                                 Federal Defenders of San Diego, Inc.
                                                 Attorneys for Mr. Garcia-Lopez
                                                 Amber_Baylor@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  December 17, 2007                                   /s/  *Amber Baylor*
                                                                          **AMBER BAYLOR**
                                                                          Federal Defenders of San Diego, Inc.
                                                                          225 Broadway, Suite 900
                                                                          San Diego, CA  92101-5030
                                                                          (619) 234-8467  (tel)
                                                                          (619) 687-2666  (fax)
                                                                           E-mail: Amber_Baylor@fd.org