FILED
08 JAN 16 PM 2:55
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury           08 CR 0135 — LAB

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | **I N D I C T M E N T** |
| v. ) | Title 8, U.S.C., Secs. 1326(a) and (b) - Deported Alien Found in the United States |
| GUILLERMO GARCIA-LOPEZ, ) aka Rene Garcia-Gonzalez, ) | |
| Defendant. ) | |

The grand jury charges:

On or about December 10, 2007, within the Southern District of California, defendant GUILLERMO GARCIA-LOPEZ, aka Rene Garcia-Gonzalez, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

WDK:fer:San Diego
1/14/08

It is further alleged that defendant GUILLERMO GARCIA-LOPEZ, aka Rene Garcia-Gonzalez, was removed from the United States subsequent to September 17, 1997.

DATED: January 16, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
DOUGLAS KEEHN
Assistant U.S. Attorney