1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Guillermo Garcia-Lopez

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10                      **(HONORABLE LARRY A. BURNS)**

11 | UNITED STATES OF AMERICA,        ) Case No. 08CR0135-LAB
                                     )
12 |         Plaintiff,               )
                                     )
13 | v.                               )   **CERTIFICATE OF SERVICE**
                                     )
14 | GUILLERMO GARCIA-LOPEZ,          )
                                     )
15 |         Defendant.               )
   |_____)

17      Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her
18 information and belief, and that a copy of the foregoing document has been served this day upon:

19                          U.S. Attorney CR
                            Efile.dkt.gc2@usdoj.gov

21                          Respectfully submitted,

23 DATED:    February 6, 2008        /s/ Erica K. Zunkel
                                     **ERICA K. ZUNKEL**
24                                   Federal Defenders of San Diego, Inc.
                                     Attorneys for Guillermo Garcia-Lopez