FILED

08 APR 15 PM 2:49

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>GUILLERMO GARCIA-LOPEZ,<br><br>　　　　　　　　　　Defendant. | CASE NO. 08CR0135-LAB<br><br>ORDER SETTING EVIDENTIARY HEARING |

　　　　On April 11, 2008, the Court held a Competency Hearing in the above-entitled case. Appearing for Plaintiff was Christopher M. Alexander, Assistant United States Attorney. Appearing on behalf of the defendant was Erica K. Zunkel, of Federal Defenders, Inc.

　　　　On May 13, 2008 at 2:00 p.m. in Courtroom "C", before Magistrate Judge William McCurine,

/////
/////
/////
/////
/////
/////
/////
/////
/////

Jr., the Court will hold an Evidentiary Hearing in regard to the defendant's competency.

Any briefing must be filed with the Court on or before Noon, May 9, 2008.

IT IS SO ORDERED.

Dated: 4/15/08

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court