# EXHIBIT C

**ERICA K. ZUNKEL**
California Bar No. 229285
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
e-mail: erica_zunkel@fd.org

Attorneys for Mr. Garcia-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY ALAN BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | U.S.D.C. No. 07CR0135-LAB |
| Plaintiff, | Date: July 23, 2008<br>Time: 2:00 p.m. |
| v. | |
| GUILLERMO GARCIA-LOPEZ, | NOTICE OF EXPERT EVIDENCE OF A MENTAL CONDITION |
| Defendant. | |

TO:   KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
        CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEY:

Defendant, Guillermo Garcia-Lopez, by and through his attorneys, Erica K. Zunkel, and Federal Defenders of San Diego, Inc., hereby files this notice pursuant to Fed.R.Crim.P. 12.2(b)(1) of his intent to introduce expert evidence relating to a mental condition bearing on the issue of guilt.

Respectfully submitted,

Dated: June 16, 2008

/s/ Erica K. Zunkel
**ERICA K. ZUNKEL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Garcia-Lopez