1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone:  (619) 234-8467
4  erica_zunkel@fd.org

5

   Attorneys for Mr. Garcia-Lopez
6

7

8
                        UNITED STATES DISTRICT COURT
9
                       SOUTHERN DISTRICT OF CALIFORNIA
10
                        **(HONORABLE LARRY ALAN BURNS)**
11
   UNITED STATES OF AMERICA,          )     CASE NO. 08CR0135-LAB
12                                     )
                 Plaintiff,            )     DATE:   July 21, 2008
13                                     )     TIME:    2:00 p.m.
   v.                                  )
14                                     )     NOTICE OF MOTIONS AND MOTIONS TO:
   **GUILLERMO GARCIA-LOPEZ**,          )
15                                     )     1)  PRECLUDE ALL EVIDENCE OF
                 Defendant.            )         DEPORTATIONS, EXCLUSIONS, AND
16                                     )         REMOVALS;
                                       )     2)  RECONSIDER THE COURT'S RULING
17                                     )         DENYING MR. GARCIA-LOPEZ'S
                                       )         REQUEST TO VIEW THE A-FILE; AND
18                                     )     3)  GRANT LEAVE TO FILE FURTHER
   _____ )         MOTIONS.
19

20 TO:    KAREN P. HEWITT, UNITED STATES ATTORNEY; AND
          CHRISTOPHER ALEXANDER, ASSISTANT UNITED STATES ATTORNEY:
21

22         PLEASE TAKE NOTICE that on July 21, 2008 at 2:00 p.m., or as soon thereafter as counsel may

23 be heard, the defendant, Guillermo Garcia-Lopez, by and through his attorneys, Erica K. Zunkel and

24 Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the motions listed below.

25 / / /

26 / / /

27 / / /

28 / / /

## MOTIONS

Mr. Garcia-Lopez, the defendant in this case, by and through his attorneys, Erica K. Zunkel and Federal Defenders of San Diego, Inc., pursuant to the Amendments to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law and local rules, hereby moves this Court for an order:

1)    precluding all evidence of deportations, exclusions, and removals;
2)    reconsidering the Court's ruling denying Mr. Garcia-Lopez's request to view the A-file; and
3)    granting leave to file further motions.

Respectfully submitted,

Dated:  July 8, 2008

/s/Erica K. Zunkel
**ERICA K. ZUNKEL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Garcia-Lopez

**ERICA K. ZUNKEL**
California State Bar No. 229285
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
erica_zunkel@fd.org

Attorneys for Mr. Garcia-Lopez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY ALAN BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA,    )<br>                                                  )<br>                    Plaintiff,    )<br>                                                  )<br>v.                                              )<br>                                                  )<br>GUILLERMO GARCIA-LOPEZ,   )<br>                                                  )<br>                    Defendant.    )<br>_____ ) | CASE NO. 08CR0135-LAB<br><br>DATE: July 21, 2008<br>TIME: 2:00 p.m.<br><br>STATEMENT OF FACTS AND<br>MEMORANDUM OF POINTS AND<br>AUTHORITIES IN SUPPORT OF<br>DEFENDANT'S MOTION |

**I.**

**STATEMENT OF FACTS**

Mr. Garcia-Lopez incorporates by reference the statement of facts from his previous motions and adds the following. At the last status hearing on May 27, 2008, defense counsel requested that the Court order the government to allow her to view any and all A-files relating to Mr. Garcia-Lopez because the government had refused to allow her to view the files pursuant to a new policy at the United States Attorney's Office. The Court declined to order the government to do, stating that there was no legal mechanism for such an order and, in any case, it was confident that the government would turn over all applicable discovery in a timely manner. Defense counsel emphasized that an in-person viewing of the A-file was critical to effectively prepare for motions and trial. In the alternative, defense counsel requested that the Court set a discovery cut-off date. The Court asked the government if it could get all applicable discovery to Mr. Garcia-Lopez by the end of the week. The government agreed that with the exception of the audio tapes of the deportations, it could do so.

1    Pursuant to the Court's briefing schedule, Mr. Garcia-Lopez filed an incomplete set of motions on

2  June 16, 2008.  In those motions and in correspondence with the prosecutor, Mr. Garcia-Lopez requested

3  additional discovery relating to Mr. Garcia-Lopez's alleged deportations and discovery relating to his arrest

4  in this case.  In spite of repeated requests, Mr. Garcia-Lopez has not received this discovery.

5                                                **II.**

6  **PRECLUDE ALL EVIDENCE OF DEPORTATIONS, REMOVALS, AND EXCLUSIONS**

7    The government has failed to comply in a timely manner with its discovery obligations in this case.

8  Because of this, it is impossible for Mr. Garcia-Lopez to file further motions relating to any alleged

9  deportations and his arrest in this case.  Mr. Garcia-Lopez requests the Court exclude all evidence of

10  deportations, removals, and exclusions in this case given the government's failure to comply with its

11  discovery obligations.  *See* Fed. R. Crim. Pro. 16(d)(2) (a district court can remedy discovery violations by

12  excluding the evidence or ordering whatever relief is just under the circumstances); U.S. CONST. AMENDS.

13  V, VII; *United States v. W.R. Grace*, 526 F.3d 499 (9th Cir. 2008) (en banc).

14                                               **III.**

15  **RECONSIDER THE COURT'S RULING DENYING MR. GARCIA-LOPEZ'S REQUEST TO**
    **VIEW THE A-FILE**

16

17    The Court should reconsider its ruling denying Mr. Garcia-Lopez's request to order the government

18  to allow defense counsel to view the A-file.  Mr. Garcia-Lopez maintains that it is vital both to motion and

19  trial preparation that his defense counsel have an opportunity to view the A-file.  Pursuant to Rule 16, the

20  Court can order the government to allow defense counsel to view it.  Rule 16(e) states as follows:

21    [U]pon a defendant's request, the government must permit the defendant to inspect and
      copy or photograph books, papers, documents, data, photographs, tangible objects,
22    buildings or places, or copies or portions of any of these items, if the item is within the
      government's possession, custody, or control and (I) the item is material to preparing the
23    defense; (ii) the government intends to use the item in its case-in-chief at trial[.]

24    The A-file and its contents undoubtedly will be a central piece of evidence at trial.  The government

25  likely will elicit evidence regarding the reliability of the A-file and what documents exist and do not exist

26  within the A-file.  Mr. Garcia-Lopez has every right to challenge this evidence and only can do so after his

27  defense counsel has viewed the A-file.  *See* Exhibit A, Declaration of Todd W. Burns.  Furthermore,

28  documents in the A-file are material to motions to dismiss the indictment and often are only discovered during

1  a physical A-file viewing. *See* Exhibits B & C, Declarations of Shaffy Moeel and Jennifer Coon. For all of

2  these reasons and the reasons asserted at the May 27, 2008 hearing, and because the government has not

3  complied with its discovery obligations in this case, Mr. Garcia-Lopez requests this Court order the

4  government to allow his defense counsel to view his A-file.

5  **IV.**

6  **MOTION FOR LEAVE TO FILE FURTHER MOTIONS**

7  Mr. Garcia-Lopez requests leave to file further motions as required, in response to new information,

8  outstanding discovery, or other extenuating circumstances.

9  **V.**

10  **CONCLUSION**

11  Mr. Garcia-Lopez respectfully requests that the Court grant his motions, and accord such other relief

12  as this Court deems just.

Respectfully submitted,

13

14

15  Dated: July 8, 2008                                   */s/Erica K. Zunkel*

16                                                          **ERICA K. ZUNKEL**
                                                            Federal Defenders of San Diego, Inc.
17                                                          Attorneys for Mr. Garcia-Lopez

18

19

20

21

22

23

24

25

26

27

28

1 | **ERICA K. ZUNKEL**
California Bar No. 229285
2 | **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | Facsimile: (619) 687-2666
erica_zunkel@fd.org
5 |
Attorneys for Mr. Garcia-Lopez
6 |

7 |

8 |

UNITED STATES DISTRICT COURT

9 |

SOUTHERN DISTRICT OF CALIFORNIA

10 |

**(HONORABLE LARRY ALAN BURNS)**

11 |

UNITED STATES OF AMERICA,        )        Criminal No. 08CR0135-LAB
12 |                                )
           Plaintiff,             )
13 |                                )        DECLARATION OF
v.                               )        TODD W. BURNS
14 |                                )
GUILLERMO GARCIA-LOPEZ,          )
15 |                                )
           Defendant.            )
16 | _____)        _____

17 |        I, Todd W. Burns, declare under penalty of perjury that:

18 |        1. I am s licensed attorney in the State of California, and have been employed as an

19 | attorney at Federal Defenders of San Diego, Inc., for almost ten years.

20 |        2. During my time at Federal Defenders, I have handled hundreds of case in which the

21 | charge was that the defendant violated 8 U.S.C. §1326.

22 |        3. In such cases, I always have been permitted to view the defendant's A-file.  A few

23 | years ago, the central dispute in this area was whether the government had to produce a copy of

24 | the A-file, or defense counsel had to review the file in at the United States Attorney's Office, and

25 | then request copies of specific pages.

26 |        4. Viewing the A-file in its entirety is critical to preparation of motions and defending a

27 | §1326 case at trial.  Aside from trying to locate documents relevant to claims with respect to

28 | derivative citizenship and the nature and validity of any prior deportations, and family contact

1  information, an individual A-file is supposed to apply to a single person, yet those files often

2  indicate numerous names (usually purported to be aliases), birth dates, social security numbers,

3  and other sometimes conflicting identifying information.  Depending on the type of information

4  involved, there may be questions as to whether an A-file applies to only one person, which may

5  undermine the government's reliance on that A-file at trial.

6       5. One of my trial cases, <u>United States v. Jose Garcia-Hernandez</u>, S.D. Cal. Case No.

7  04CR1888, presented a prime example of this point.  In that case, the A-file indicated Mr. Garcia

8  grew and shrunk in a manner physically impossible, thus indicating the file pertained to more

9  than one individual.  For example, the A-file indicated Mr. Garcia, a man in his 20s, shrunk two

10  inches over a period of five months, grew four inches over the next month, shrunk two inches

11  over the next year-and-a-half, shrunk four more inches over the next six months, shrunk two

12  more inches over the next year, then grew six inches over the next two months.  The weight

13  fluctuations were also untenable.

14       6.    I presented this evidence at trial to undermine the reliability of the A-file.

15       7.    In Mr. Garcia's case, I would not have been able to effectively challenge the

16  government's case at trial, or present an effective defense, without viewing the entirety of the A-

17  file personally, as I was unaware of this problem with the A-file before viewing it at the United

18  States Attorney's Office, and the government did not provide me in discovery the relevant

19  documents.

20       I swear that, to the best of my knowledge and memory, the foregoing is true and correct.

21

22  DATED:  July 7, 2008

          **TODD W. BURNS**

23

24

25

26

27

28       2

1  **ERICA K. ZUNKEL**
   California Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California  92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   erica_zunkel@fd.org
5
   Attorneys for Mr. Garcia-Lopez
6

7

8
                    UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10
                   **(HONORABLE LARRY ALAN BURNS)**
11
   UNITED STATES OF AMERICA,          )    Criminal No. 08CR0135-LAB
12                                     )
          Plaintiff,                   )
13                                     )    DECLARATION OF
   v.                                  )    SHAFFY MOEEL
14                                     )
   GUILLERMO GARCIA-LOPEZ,             )
15                                     )
          Defendant.                   )
16  _____)    _____

17

18      I, Shaffy Moeel, declare under penalty of perjury that:

19      1.      I am a licensed attorney in the State of California, Bar No. 238732.

20      2.      I am employed at Federal Defenders of San Diego, Inc. as a trial attorney.

21      3.      During my time at Federal Defenders, I have handled numerous 8 U.S.C. § 1326 cases
   through the motions and trial stages.

22      4.      A critical part of any 8 U.S.C. § 1326 case is investigating whether the defendant's
23  underlying deportation was defective.

24      5.      Viewing the A-file is an important part of investigating whether the defendant has
25  suffered an unlawful deportation.

26      6.      In one  of  my  cases,  *United States  v.  Sergio  Lua-Bermejo*, 06 CR2515-W, the
27  government permitted me to view Mr. Lua-Bermejo's A-file after it had turned over discovery to me
28

1  relating to his immigration history.

2       7.    During my review of one of Mr. Lua's physical A-files, I found numerous documents

3  that were material to the motion to dismiss the indictment due to an invalid deportation that I

4  ultimately filed on his behalf.

5       8.    These documents included an application for the Special Agricultural Worker

6  ("SAW") program, the Immigration Service's grant of SAW status to Mr. Lua, and copies of Mr.

7  Lua's temporary resident card.

8       9.    These documents had not been turned over to me by the government in spite of my

9  discovery requests and a discovery motion.

10      10.   These documents were found in what the government eventually conceded to be a

11 "second A-file" of Mr. Lua's.

12      11.   The government originally claimed that this second A-file did not exist.

13      12.   It was only after I insisted, based on conversations with my client about his

14 immigration history and status, that the government look for this second A-file with these documents

15 that it discovered its existence.

16      13.   This case is currently pending before the Ninth Circuit Court of Appeals.

17      I swear that, to the best of my knowledge and memory, the foregoing is true and correct.

18

19 DATED:    _7/8/08_                         _Shaffy Moeel_
                                            **SHAFFY MOEEL**
20

21

22

23

24

25

26

27

28                              2

1  **ERICA K. ZUNKEL**
   California Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone: (619) 234-8467
4  Facsimile: (619) 687-2666
   erica_zunkel@fd.org
5
   Attorneys for Mr. Garcia-Lopez
6

7

8
                    UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10
                    **(HONORABLE LARRY ALAN BURNS)**
11
   UNITED STATES OF AMERICA,        )    Criminal No. 08CR0135-LAB
12                                   )
            Plaintiff,               )
13                                   )    DECLARATION OF
   v.                               )    JENNIFER L. COON
14                                   )
   GUILLERMO GARCIA-LOPEZ,          )
15                                   )
            Defendant.               )
16 _____ )       _____

17

18   I, Jennifer L. Coon, declare under penalty of perjury that:

19       1.      I am a licensed attorney in the State of California, Bar No. 203913.

20       2.      I am employed at Federal Defenders of San Diego, Inc. as a trial attorney.

21       3.      During my time at Federal Defenders, I have handled numerous 8 U.S.C. § 1326

22 cases.

23       4.      A critical part of any 8 U.S.C. § 1326 case is investigating whether the defendant's

24 underlying deportation was defective.

25       5.      Viewing the A-file is an important part of investigating whether the defendant has

26 suffered an unlawful deportation.

27       6.      In one of my cases, *United States v. Arce-Martinez*, 07CR3207, the government

28 permitted me to view Mr. Arce's A-file after it had turned over discovery to me relating to his

1   immigration history.

2       7.    During my review of Mr. Arce's physical A-file, I found numerous documents that

3   were material to the motion to dismiss the indictment due to an invalid deportation that I ultimately

4   filed on his behalf.

5       8.    In the motion to dismiss that I filed, I argued that Mr. Arce's deportation was invalid

6   because the Immigration Judge ("IJ") erroneously concluded his prior conviction was an aggravated

7   felony when, in fact, it was not and because the IJ failed to inform him of his eligibility for § 212(c)

8   relief.

9       9.    These documents included an amnesty application triggering accrual of a period of

10  lawful domicile for purposes of § 212(c) eligibility; documents evidencing Mr. Arce's equities,

11  including employment history and family ties; and the order granting Mr. Arce amnesty.

12      10.    These documents had not been turned over to me by the government in spite of my

13  discovery requests and a discovery motion.

14      11.    I received these documents only after I personally reviewed the A-file and requested

15  that the government discover them to me.

16      12.    On the basis of my motion to dismiss the indictment due to an invalid deportation,

17  the government dismissed the case against Mr. Arce.

18      I swear that, to the best of my knowledge and memory, the foregoing is true and correct.

19

20  DATED:    7/7/08                              

21                                          JENNIFER L. COON

22

23

24

25

26

27

28                                           2

1  **ERICA K. ZUNKEL**
   California State Bar No. 229285
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: erica_zunkel@fd.org

5  Attorneys for Guillermo Garcia-Lopez

6

7

8                    UNITED STATES DISTRICT COURT

9                  SOUTHERN DISTRICT OF CALIFORNIA

10                   **(HONORABLE LARRY A. BURNS)**

11  UNITED STATES OF AMERICA,          )    Case No. 08CR0135-LAB
                                       )
12          Plaintiff,                 )
                                       )
13  v.                                 )    **CERTIFICATE OF SERVICE**
                                       )
14  GUILLERMO GARCIA-LOPEZ,            )
                                       )
15          Defendant.                 )
    _____)

16

17          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her

18  information and belief, and that a copy of the foregoing document has been served this day upon:

19                    Christopher Michael Alexander
        Christopher.M.Alexander@usdoj.gov,maria.richardson@usdoj.gov,efile.dkt.gc1@usdoj.gov
20

21                                      Respectfully submitted,

22

23  DATED:      July 8, 2008              /s/ Erica K. Zunkel
                                          **ERICA K. ZUNKEL**
24                                        Federal Defenders of San Diego, Inc.
                                          Attorneys for Guillermo Garcia-Lopez
25

26

27

28