**FEDERAL DEFENDERS OF SAN DIEGO, INC.**

The Federal Community Defender Organization for the Southern District of California

NBC Building
225 Broadway
Suite 900
San Diego, California
92101-5008
(619) 234-8467
FAX (619) 687-2666

May 29, 2008

**Via Facsimile & Hand Delivery**

Christopher Alexander
Assistant United States Attorney
880 Front Street
San Diego, CA 92101

RE:   **United States v. Guillermo Garcia-Lopez**
      **U.S.D.C. Case No. 08CR0135-LAB**

Dear Christopher:

Pursuant to Judge Burns' comments at the status hearing on Tuesday and his refusal to order you to permit me to view Mr. Garcia-Lopez's A-file, I am writing to make specific requests for the following discovery pursuant to Federal Rule of Criminal Procedure 16; Brady v. Maryland, 373 U.S. 83 (1963); Chambers v. Mississippi, 410 U.S. 284 (1972); and the Fifth and Sixth Amendments. I believe this discovery is contained in Mr. Garcia-Lopez's A-file (A29 246 975), which you have declined to let me view in person:

1. Any and all documents relating to Mr. Garcia-Lopez's deportation/removal on or about April 29, 2007, including but not limited to the warrant of deportation, the notice of appearance, and the deportation order;

2. Any and all documents relating to Mr. Garcia-Lopez's deportation/removal on or about June 16, 2006, including but not limited to the warrant of deportation, the notice of appearance, and the deportation order;

3. Any and all documents relating to Mr. Garcia-Lopez's deportation/removal on or about January 27, 2006, including but not limited to the warrant of deportation, the notice of appearance, and the deportation order;

4. Any and all documents relating to Mr. Garcia-Lopez's deportation/removal on or about October 23, 1998, including but not limited to the warrant of deportation, the notice of appearance, and the deportation order;

5. Any and all documents relating to Mr. Garcia-Lopez's deportation/removal on or about December 18, 1989, including but not limited to the warrant of deportation, the notice of appearance, and the deportation order;

6. Copies of the taped proceedings memorializing the above-listed deportations;

7. Any documents and/or applications for admission and/or status in the United States;

8. Any documents relating to Mr. Garcia-Lopez's family members' status, citizenship, and/or admission to the United States at any time.

This discovery is necessary for me to file motions and prepare for trial in this case. Thank you for your help. Please let me know if there are any issues with regard to providing the above-requested discovery. Based on your representations during Tuesday's hearing, I expect to receive all of this discovery (save the deport tapes, which you indicated may not be immediately available) by the end of this week. Your attention and cooperation are greatly appreciated.

Sincerely,

**ERICA K. ZUNKEL**
**Trial Attorney**