DATE: 6/3/2008                                            TO: Amber Baylor
NUMBER OF PAGES: _____52_____
NUMBERING SEQUENCE: 41-92                                 FROM: Christopher Alexander
NUMBER OF TAPES: ___                                            Assistant U.S. Attorney
NUMBER OF CD-R/DVD-R _____
TOTAL COST @ $.10/PAGE: _____ DATE BILLED FOR FIRST 250 PAGES _____
**MAKE CHECKS PAYABLE TO: U.S. DEPARTMENT OF JUSTICE**

**RECEIPT FOR DISCOVERY MATERIALS AND ACKNOWLEDGMENT
OF CONDITIONS FOR RETENTION AND USE** (Rev. 11/7/06)

United States v. Garcia Lopez

I am the attorney of record for **Defendant 1**. On behalf of my client, I have requested the opportunity to inspect, copy, and/or photograph all documents and objects described in Rule 16 of the Federal Rules of Criminal Procedure, including reports of examinations and tests (16(a)(1)(F)) and written summaries of any testimony that the Government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief at trial (16(a)(1)(G)). I am accepting receipt of the documents and objects broadly described above in lieu of personally inspecting, copying, and/or photographing all documents and objects described in Rule 16 that are in the government's possession, custody, or control. My client reserves the right to inspect, copy, and/or photograph the originals of any of these documents and objects. **Note: The Government hereby informs you that these documents and objects are available for such purposes.**

I further acknowledge and agree to comply with the Government's request herein to inspect, copy, and/or photograph all documents and objects described in Rule 16, including reports of examinations and tests (16(b)(1)(B)) and written summaries of any testimony that my client intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence as evidence at trial (16(b)(1)(C)). To the extent I or my client has obtained, or does obtain, possession, custody, or control of any such documents and objects, I will notify the Government immediately and make them available for inspection, copying, and/or photographing.

**Note: The Government hereby requests notice of any intention of your client to rely on an entrapment defense, or a defense involving mental condition or duress.**

To the extent the documents and objects broadly described above include witness statements, as defined in Rule 26.2, that the Government is providing to my client prior to the witness's testimony, I acknowledge and agree that the Government is doing so on the condition that my client reciprocate and provide to the Government immediately any such statements as they become available.

To the extent the documents and objects broadly described above include grand jury transcripts and/or marked grand jury exhibits, I acknowledge that these grand jury materials are being produced pursuant to Court Order and that I am accepting them under the conditions established in the Court Order.

DATE: _____        _____
                                     ATTORNEY FOR FEDERAL DEFENDERS

Person Contacted: reg. P/u
Date: 6/3/08  Time: _____
Secretary's Initials: MR
**FEDERAL DEFENDERS ONLY:**

I acknowledge receipt of _____ pages of discovery and agree to pay the sum of $_____ for copying charges when billed by the U.S. Attorney's Office.

*[Stamp: RECEIVED JUN 04 2008]*