ORIGINAL

1 | **ERICA K. ZUNKEL**
California State Bar No. 229285
2 | FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 | San Diego, California 92101-5008
Telephone: (619) 234-8467
4 | e-mail: erica_zunkel@fd.org

5 | Attorneys for Mr. Garcia-Lopez

FILED
AUG 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

**UNDER SEAL**

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

**(HONORABLE LARRY ALAN BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0135-LAB |
| Plaintiff, ) | |
| v. ) | |
| GUILLERMO GARCIA-LOPEZ, ) | **REQUEST TO FILE DECLARATION AND REPORT UNDER SEAL AND PROPOSED ORDER** |
| Defendant. ) | |

The above-named defendant, by and through counsel, requests to file the attached Declaration and Psychologist Report UNDER SEAL.

The attached declaration and exhibit reference Mr. Garcia-Lopez's medical and psychological information that should not be made public.

This Court has the power and the authority to accept a defendant's submissions under seal. United States v. Gurolla, 333 F.3d 944, 952 (9th Cir. 2003) (district court properly sealed submissions regarding proposed entrapment defense); United States v. Hickey, 185 F.3d 1064 (9th Cir. 1999) (district court has the authority to accept financial affidavits submitted under seal). In this case, sealing the attached sentencing memorandum is necessary to protect Mr. Garcia-Lopez's personal medical history.

//
//

1.     Importantly, there is no conceivable public interest in this information that outweighs Mr. Garcia-
2. Lopez's interest in keeping it private. Although the government has an interest in this information, this
3. interest will be satisfied by Mr. Garcia-Lopez providing the government with courtesy copies of this filing.

Respectfully submitted,

DATED: August 13, 2008

_____
ERICA K. ZUNKEL
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Garcia-Lopez