ORIGINAL

FILED
AUG 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNDER SEAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LARRY ALAN BURNS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR0135-LAB |
| ) | |
| Plaintiff, ) | |
| ) | [~~PROPOSED~~] ORDER TO FILE DOCUMENTS |
| v. ) | UNDER SEAL |
| ) | |
| GUILLERMO GARCIA-LOPEZ, ) | |
| ) | |
| Defendant. ) | |

**IT IS HEREBY ORDERED** that the attached Declaration and Exhibit be filed UNDER SEAL.

**SO ORDERED.**

DATED: 8-17-08

_____
**HONORABLE LARRY ALAN BURNS**
United States District Judge

08CR0135-LAB